**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THELRON DEBRAY COLEMAN,<br><br>Defendant. | Criminal Action<br><br>Case No. 5:94-cr-00004-TES-CHW<br><br>**ORDER** |

Pending before the Court is the Defendant Coleman's *Motion to Seal the Motion for Modification of Sentence* (ECF No. 201). After consideration of the motion, as well as the lack of opposition by the government, the Court finds that the Defendant has demonstrated good cause to seal the motion for modification of sentence pursuant to 18 U.S.C. 3582(c)(1)(A), and its exhibits (ECF No. 200).

Accordingly, it is ORDERED that the motion to seal is GRANTED, and the Clerk of Court shall place under seal the Defendant's motion for modification of sentence and its accompanying exhibits.

SO ORDERED this the 3rd day of September, 2026.